UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gerald Sullivan, Civ. File No. 00-2174 (PAM/JGL)

Plaintiff,

v. **ORDER**

Montgomery Kone Elevator Corp.,

Defendant.

---

This matter is before the Court on Plaintiff Gerald Sullivan's "Notice of Removal" and "Affidavit of Gerald Sullivan," in which Plaintiff seeks to have this matter remanded back to state court. Plaintiff has failed to set forth a basis for remand or any defect in Defendant's removal of this matter to this Court. Accordingly, based on the files, records, and proceedings herein, Plaintiff's request is denied.

Accordingly, **IT IS HEREBY ORDERED** that:

Plaintiff's request for remand (Clerk Doc. No. 4) is **DENIED**.

Dated: October 27, 2000

Paul A. Magnuson
United States District Court Judge

FILED OCT 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________