UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2174 (PAM/JGL)

GERALD SULLIVAN,

Plaintiff,

v.

**PRETRIAL ORDER**

MONTGOMERY KONE ELEVATOR CORP.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to February 1, 2001;

3. Plaintiff shall disclose all expert witnesses by April 1, 2001; Defendant shall disclose all expert witnesses by May 1, 2001;

4. The period during which the parties may seek discovery shall be completed by September 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to September 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to October 1, 2001; and

7. This case will be considered "ready for trial" as of December 1, 2001.

DATED: December 29, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed DEC 29 2000
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________