**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gerald Sullivan,

Plaintiff,

vs.

Montgomery Kone Elevator Corp.,

Defendant.

Civil Action No: 0:00-CV-02174

and ORDER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto.

Dated: 2-22-2001

By ~~Gerald Sullivan~~ 2-22-2001
Gerald Sullivan
Pro Se
2271 Atlantic
Maplewood, MN 55109

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 2/7/01

By John M. Anderson
John M. Anderson (License #2100)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED FEB 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 26 2001
DEPUTY CLERK

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that, pursuant to the foregoing stipulation of the parties, judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: February 24, 2001

By: ______________________
Paul A. Magnuson, Chief Judge
United States District Court

274370.WPD